## WINN v. STATE.
### No. 26366.

Court of Criminal Appeals of Texas.
April 15, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for the offense of possessing alcoholic beverages for the purpose of sale, and his punishment was assessed at six months in jail and a fine of $500.

The record contains no notice of appeal, in the absence of which we are without jurisdiction to enter any order except a dismissal of the appeal.

The appeal is dismissed.

Opinion approved by the court.

## JOHNSON v. STATE.
### No. 26370.

Court of Criminal Appeals of Texas.
April 15, 1953.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, a fine of $50.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.